**2004–2112 and 2008–0772.    Cuyahoga Cty. Bar Assn. v. Freedman.**
On respondent's amended application for reinstatement. Steven Alan Freedman, Attorney Registration No. 0025528, last known address in Mayfield Heights, Ohio, reinstated to the practice of law.

**2016–1333.    Disciplinary Counsel v. Brumbaugh.**
On certification of default. Jeffrey Shane Brumbaugh, Attorney Registration No. 0074102, last known business address in Troy, Ohio, indefinitely suspended from the practice of law.

**2017–0460.    Lake Cty. Bar Assn. Unauthorized Practice of Law Commt. v. Pavlish.**
On relator's motion to show cause. Motion granted. Respondent found in contempt.

*May 26, 2017*

2017-Ohio-3002.]

**2017–0428.    MNH Truck Leasing Co., L.L.C. v. Dir., Ohio Dept. of Job & Family Servs.**
Franklin App. Nos. 16AP–301, 16AP–302, and 16AP–303, 2017-Ohio-442. On appellant's motion to consolidate cases and motion for mediation. Motions denied.

**2017–0436.    In re Complaint of Harris Design Servs. v. Columbia Gas of Ohio, Inc.**
Public Utilities Commission, No. 15–405–GA–CSS. On motion of Columbia Gas of Ohio, Inc., for leave to intervene as appellee. Motion granted.

*May 30, 2017*

2017-Ohio-4024.]

**2017–0169.    Brinker v. Frontier N., Inc.**
Summit App. No. 27962, 2016-Ohio-8279. On appellee's motion to strike notice of appeal and memorandum in support of jurisdiction. Motion denied. Appellee may file a memorandum in response within 30 days.

**2017–0559.    State ex rel. Cobb v. Adult Parole Auth.**
Franklin App. No. 16AP–199, 2017-Ohio-1170. On appellant's application for dismissal. Application granted. Cause dismissed.

*May 31, 2017*

2017-Ohio-4038.]

**2016–0747. State ex rel. Beavercreek Twp. Fiscal Officer v. Graff.**
In Mandamus. On motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

O'CONNOR, C.J., and KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.
O'DONNELL, J., dissents.

**2016–1776. State ex rel. Hogan Lovells US, L.L.P. v. Dept. of Rehab. & Corr.**
In Mandamus. On motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0237. Turner v. State.**
In Habeas Corpus. Sua sponte, cause dismissed. On petitioner's motion to be conveyed and motion to dismiss all cases or charges. Motions denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0288. State ex rel. Dillard v. Burge.**
In Mandamus. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0350. State ex rel. Griffin v. Greene.**
In Mandamus. On motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

Attorney Albert G. Lin is appointed to represent relator, pro bono.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0352. State ex rel. Walker v. Erdos.**
In Mandamus. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0385. Ackerman v. Bank of New York Mellon.**
Miscellaneous case. On respondent's motion to dismiss. Motion granted. Cause dismissed. On relator's motion for immediate expedited stay of sale proceedings and stay of collections. Motions denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0417. State ex. rel. Lopez v. Summit Cty. Clerk of Courts.**
In Mandamus. On respondent's motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.